STATE OF KANSAS, *Appellee*, v. ARTIS L. SPIVEY, *Appellant*.

No. 47,480

Opinion filed May 10, 1975.

*Charles E. Worden*, of Topeka, was on the brief for the appellant.

*Curt T. Schneider*, attorney general, *Gene M. Olander*, district attorney, and *Donald P. Morrison*, assistant district attorney, were on the brief for the appellee.

*Per Curiam.* Affirmed.

FROMME, J., not participating.

STATE OF KANSAS, *Appellee*, v. JOHN L. ANDERSON, *Appellant*.

No. 47,547

,Opinion filed May 10, 1975.

*Charles E. Worden*, of Topeka, was on the brief for the appellant.

*Curt T. Schneider*, attorney general, *Gene M. Olander*, district attorney, and *Albert D. Keil*, assistant district attorney, were on the brief for the appellee.

*Per Curiam.* Affirmed.

FROMME, J., not participating.

SHERMAN BRUNSON, *Appellant*, v. STATE OF KANSAS, *Appellee*.

No. 47,606

Opinion filed May 10, 1975.

*Frank E. White, Jr.*, of Leavenworth, was on the brief for the appellant.

*Curt T. Schneider*, attorney general, and *Charles R. Turner*, county attorney, were on the brief for the appellee.

*Per Curiam.* Affirmed.

FROMME, J., not participating.